**DISMISSED; Opinion Filed August 27, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00458-CV

### WALTER P. BROOKINS, Appellant
### V.
### JUDGE WILLIAM METZGER, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01929-A**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Justice Nowell

Appellant's brief in this case is overdue. By postcard dated August 6, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

190458F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

WALTER P. BROOKINS, Appellant

No. 05-19-00458-CV     V.

JUDGE WILLIAM METZGER, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-19-01929-A.
Opinion delivered by Justice Nowell. Chief Justice Burns and Justice Molberg participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee JUDGE WILLIAM METZGER recover his costs of this appeal from appellant WALTER P. BROOKINS.

Judgment entered this 27th day of August, 2019.